IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CV-489-RJC-DCK

| | |
|---|---|
| SOUTHPARK MORRISON, LLC, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| FERNCROFT MORRISON LLC; CAROLINA PROPERTY ACQUISITIONS, LLC; and SOUTHERN PROPERTY ACQUISITIONS, LLC; | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion For Seal Order And Protective Order" (Document No. 28) filed September 2, 2016. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion For Seal Order And Protective Order" (Document No. 28) is **GRANTED**.

**SO ORDERED**.

Signed: September 6, 2016

David C. Keesler
United States Magistrate Judge