UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-cv-00489-RJC-DCK

| | |
|---|---|
| SOUTHPARK MORRISON, LLC | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| FERNCROFT MORRISON LLC; CAROLINA PROPERTY ACQUISITIONS, LLC; and SOUTHERN PROPERTY ACQUISITIONS, LLC, | ) |
| Defendants. | ) |

**THIS MATTER** comes before the Court on the parties' Consent Stipulation Regarding Damages, (Doc. No. 31).

The Court previously denied Plaintiff's Motion for Judgment on the Pleadings, granted Defendants' Motion for Judgment on the Pleadings in part, and ordered additional briefing on the issue of monetary damages. (Doc. No. 27: Order). In the instant pleading, the parties stipulate to the calculation of monetary damages according to the Court's previous ruling, which Plaintiff intends to appeal. (Doc. No. 31 at 2-3). The parties also request the Court hold the issue of attorneys' fees in abeyance pending that appeal. (Id. at 3).

**IT IS, THEREFORE, ORDERED** that, in accordance with the parties' Consent Stipulation Regarding Damages, (Doc. No. 31):

1. Judgment is entered in favor of Ferncroft Morrison LLC; Carolina Property Acquisitions, LLC; and Southern Property Acquisitions, LLC and against Southpark Morrison, LLC in the amount of $73,807.29, plus $207.91 per diem from September 13, 2016, until the date of final judgment; and

1

2. The issue of an award of attorneys' fees is held in abeyance pending appeal.

Signed: September 21, 2016

_____

Robert J. Conrad, Jr.
United States District Judge