# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:15-CV-489-RJC-DCK

| | |
|---|---|
| SOUTHPARK MORRISON, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| FERNCROFT MORRISON LLC; ) | |
| CAROLINA PROPERTY ACQUISITIONS, ) | |
| LLC; and SOUTHERN PROPERTY ) | |
| ACQUISITIONS, LLC; ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Consent Motion For Stay Pending Appeal" (Document No. 34) filed September 22, 2016. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Consent Motion For Stay Pending Appeal" (Document No. 34) is **GRANTED**. This matter is **STAYED** until otherwise ordered by the Court.

**IT IS FURTHER ORDERED** that the parties shall file a joint status report **within fourteen (14) days** of a decision by the United States Court of Appeals for the Fourth Circuit on Plaintiff's appeal of this Court's Orders (Document Nos. 27 and 32).

**SO ORDERED**.

Signed: September 22, 2016

David C. Keesler
United States Magistrate Judge