IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Civil Action No.: 3:15-cv-00489-RJC-DCK

| | |
|---|---|
| SOUTHPARK MORRISON, LLC, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER GRANTING CONSENT MOTION TO VACATE ORDERS, RELEASE BOND, AND DISMISS CASE** |
| FERNCROFT MORRISON LLC; CAROLINA PROPERTY ACQUISITIONS, LLC; and SOUTHERN PROPERTY ACQUISITIONS, LLC, | ) |
| Defendants. | ) |

**THIS MATTER** comes before the Court on the Consent Motion of Plaintiff and Defendants to Vacate Orders, Release Bond and Dismiss Case (the "Consent Motion"). (Doc. No. 40). Based upon a review of the Consent Motion and the pleadings in this case, the Court finds that good cause exists to grant the Consent Motion.

**IT IS, THEREFORE, ORDERED**, that:

1. this Court's August 25, 2016 order, (Doc. No. 27), is hereby **VACATED** and **SET ASIDE**;

2. this Court's September 21, 2016 order, (Doc. No. 32), is hereby **VACATED** and **SET ASIDE**;

3. the superseadeas appeal bond posted by Plaintiff, (Doc. No. 37), with Travelers Casualty and Surety Company of America as surety is hereby **RELEASED**;

4. this case is hereby **DISMISSED WITH PREJUDICE**; and

5. the Clerk of Court is directed to close this case.

Signed: February 14, 2017

Robert J. Conrad, Jr.
United States District Judge